UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EZEQUIEL BOJOQUEZ-ESPINOZA, | ) | CASE NO. ED CV 15-1135-PSG (PJW) |
| Petitioner, | ) ) | ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION |
| v. | ) ) | AND DENYING CERTIFICATE OF APPEALABILITY |
| S.F., et al., | ) ) | |
| Respondents. | ) | |

Before the Court is Petitioner's second attempt to challenge his 2009 state convictions for first degree murder, attempted murder, and shooting at an occupied vehicle, and resultant prison sentence of 75 years to life. His first petition was denied on the merits in October 2013. (*Bojoquez-Espinoza v. Janda*, ED CV 12-848-PSG (PJW), October 16, 2013 Order.) Petitioner's request for a certificate of appealability was denied by this court and, thereafter, by the Ninth Circuit. (*Bojoquez-Espinoza v. Janda*, No. 13-57066, April 22, 2014 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks

jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  See 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: June 23, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Ord dismissing Pet.wpd